# EXHIBIT A

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 2,275,249
Registered Sep. 7, 1999

TRADEMARK
PRINCIPAL REGISTER

# Tigercat

MANUFACTURER'S HOLDINGS INC. (CANADA CORPORATION)
1556 INDUSTRIAL DRIVE
CAMBRIDGE, ONTARIO, CANADA N3H 4S6

FOR: SPECIALIZED POWER-OPERATED FORESTRY EQUIPMENT, NAMELY, PURPOSE BUILT FOUR WHEEL DRIVE-TO-TREE AND TRACK TYPE LOG BUNCHERS, LOG LOADING MACHINES, SKIDDERS AND OTHER FORESTRY INDUSTRY EQUIPMENT, NAMELY, BUNCHING SAWS, BUNCHING SHEARS AND COMPONENT PARTS THEREOF, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4-1-1992; IN COMMERCE 4-1-1992.

SER. NO. 75-321,474, FILED 7-9-1997.

VANESSA COOPER, EXAMINING ATTORNEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

United States Patent and Trademark Office

Reg. No. 2,275,249

Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

# Tigercat

MANUFACTURER'S HOLDINGS INC. (CANADA CORPORATION)
1556 INDUSTRIAL DRIVE
CAMBRIDGE, ONTARIO, CANADA N3H 4S6

FOR: SPECIALIZED POWER-OPERATED FORESTRY EQUIPMENT, NAMELY, PURPOSE BUILT FOUR WHEEL DRIVE-TO-TREE AND TRACK TYPE LOG BUNCHERS, LOG LOADING MACHINES, SKIDDERS AND OTHER FORESTRY INDUSTRY EQUIPMENT, NAMELY, BUNCHING SAWS, BUNCHING SHEARS AND COMPONENT PARTS THEREOF, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 4-1-1992; IN COMMERCE 4-1-1992.

SER. NO. 75-321,474, FILED 7-9-1997.

VANESSA COOPER, EXAMINING ATTORNEY