IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TIGERCAT INTERNATIONAL, INC.,  )
TIGERCAT INDUSTRIES CORP.      )
                               )
         Plaintiffs,           )
                               )
    v.                         )       Civil Action No. 16-cv-1047-GMS
                               )
CATERPILLAR INC.,              )
                               )
         Defendant.            )
                               )

## ORDER

Consistent with the memorandum opinion issued this same date, IT IS HEREBY

ORDERED that:

1.  Defendant's Motion to Stay (D.I. 6) is **GRANTED**; and

2.  Defendant's Motion to Dismiss (D.I. 11) is **DENIED** as moot.

Dated: May 2, 2018

_____
UNITED STATES DISTRICT JUDGE